1  Kirk D. Miller
2  KIRK D. MILLER, P.S.
   211 E Sprague Avenue
3  Spokane, WA  99202
   (509)413-1494 Telephone
4  (509)413-1724 Facsimile
5  kmiller@millerlawspokane.com

6  Attorney for the Plaintiff

7

8

9

10

11  NICOLE MILLER,                        )
                                          )
12                  Plaintiffs,           )
                                          )
13  v.                                    )
                                          ) NO:  CV-10-136-LRS
14  TAKHAR COLLECTION SERVICES,           )
    LTD, aka TAKHAR GROUP, aka            )
15  TAKHAR INVESTMENTS, INC.,             ) NOTICE OF VOLUNTARY
                                          ) DISMISSAL PURSUANT TO FRCP
16                  Defendant.            ) 41(a)(1)(A)(i)
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )

20  NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

21
           Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the
22
23  plaintiff, by and through her counsel of record, Kirk D. Miller of Kirk D. Miller,

24  NOTICE OF VOLUNTARY                              KIRK D. MILLER, P.S.
                                                     209 E Sprague Avenue
25  DISMISSAL                                        Spokane, WA  99202
                                                     (509)413-1494 Telephone
    Page 1 of 2                                      (509)413-1724 Facsimile

P.S., hereby give notice that the above-captioned action is voluntarily dismissed against the above-named defendants without prejudice.

DATED this 12th day of August, 2010.

*Kirk D. Miller, P.S.*

/s/ Kirk D. Miller
Kirk D. Miller
Attorney for Plaintiff
WSBA # 40025
(509) 413-1494
kmiller@millerlawspokane.com

NOTICE OF VOLUNTARY DISMISSAL

Page 2 of 2